

No. 15–0059/NA. U.S. v. Darron D. Ward, Jr. CCA 201400021. On consideration of Appellant's motion for leave to file and motion to file a corrected brief, and motion for leave to file and motion to file a substitute joint appendix, it is ordered that said motions are hereby granted.

No. 15–0370/AR. U.S. v. Christopher A. Bogus. CCA 20130224. Appellant's motion to extend time to file the supplement to the petition for grant of review granted to March 5, 2015.

No. 15–0371/NA. U.S. v. Kevin C. Corcoran. CCA 201400074. Appellant's motion to extend time to file the supplement to the petition for grant of review granted to March 10, 2015.

No. 15–0372/NA. U.S. v. Pedro M. Bess. CCA 201300311. Appellant's motion to extend time to file the supplement to the petition for grant of review granted to March 10, 2015.

Friday, February 20, 2015

No. 14–0054/AF. U.S. v. Sharmaine L. Latham. CCA 38107. Appellant's motion to attach documents is denied.

Monday, February 23, 2015

No. 15–0387/CG. U.S. v. Christopher S. Cooley. CCA 1389. Notice is hereby given that a certificate for review of the decision of the United States Coast Guard Court of Criminal Appeals was filed under Rule 22 on this date on the following issues:

> WHETHER THE COAST GUARD COURT OF CRIMINAL APPEALS ERRED BY FINDING THAT PRE–TRIAL CONFINEMENT CAN SERVE AS *PER SE* PREJUDICE FOR PURPOSES OF DETERMINING A VIOLATION OF ARTICLE 10, UNIFORM CODE OF MILITARY JUSTICE.

> WHETHER THE FACTS AND CIRCUMSTANCES OF APPELLEE'S CASE, CONSIDERING THE FACTORS SET OUT IN *BARKER V. WINGO*, 407 U.S. 514, 530 (1972) AND APPLIED TO REVIEW OF ARTICLE 10 BY *UNITED STATES V. BIRGE*, 52 M.J. 209, 212 (C.A.A.F. 1999),